**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN THE MATTER OF
THE EXTRADITION OF
JACKSON RAY HART                              CASE NO. 8:10-MJ-1560-TBM

_____/

**CERTIFICATE OF EXTRADITABILITY AND ORDER OF COMMITMENT**

Pursuant to the provisions of the Agreement on Extradition between the United States of America and the United Kingdom of Great Britain and Northern Ireland (Great Britain), and upon the complaint of the United States Attorney for the Middle District of Florida, as representative of the government of Great Britain, a warrant was issued for the arrest of Jackson Ray Hart, an alleged fugitive from the criminal prosecution in the United Kingdom.

On December 17, 2010, the court conducted a hearing pursuant to 18 U.S.C. § 3184, et seq. On the basis of the matters addressed or otherwise tendered to the court upon the hearing, the request for extradition was granted. (*See* Doc. 11). The findings and conclusion in that Order are incorporated herein. In accordance with those findings, the court hereby certifies that the evidence is sufficient to sustain the extradition of Jackson Ray Hart on the criminal allegations of burglary. There exists a valid extradition treaty between the United States of America and Great Britain and the offense for which Mr. Hart has been charged, burglary, is an extraditable offense under the extradition treaty. The evidence adequately supports that Mr. Hart is the individual sought on the criminal conviction in the United Kingdom. The crime of burglary is also a crime in the United States.

Mr. Hart has not contested these proceedings and the court finds no circumstances in Mr. Hart's extradition that fall within any of the exceptions to extradition as contained in the extradition treaty or otherwise authorized by law.

Accordingly, it is hereby **CERTIFIED** that Jackson Ray Hart may lawfully be extradited to Great Britain as set out herein. Mr. Hart shall remain in the custody of the United States Marshal pending further action of the Secretary of State of the United States of America or Order of this court.

It is further **ORDERED** that this Certificate of Extraditability and Order of Commitment, together with all the evidence and transcripts of proceedings in this cause, shall be forwarded forthwith to the Secretary of State of the United States by the Clerk of Court.

**Done and Ordered** in Tampa, Florida this 22nd day of December 2010.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Colleen Murphy-Davis, Assistant United States Attorney
Yvette Gray, Attorney for Jackson Ray Hart
Secretary of State of United States of America